FOGLE, EXR., APPELLEE, v. CESSNA AIRCRAFT COMPANY, APPELLANT, ET AL.

[Cite as *Fogle v. Cessna Aircraft Co.* (1993), 66 Ohio St.3d 1221.]

(No. 92–677—Submitted May 19, 1993—Decided June 30, 1993.)

---

*Vorys, Sater, Seymour & Pease, Edgar A. Strause III* and *Michael G. Long; Axley Brynelson* and *David W. Easton,* for appellee.

*Wiles, Doucher, Van Buren & Boyle Co., L.P.A., James M. Wiles* and *Craig D. Andrew; Belcher, Henzie & Biegenzahn* and *E. Lee Horton,* for appellant.

---

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK and F.E. SWEENEY, JJ., concur.

PFEIFER, J., dissents and would affirm.